In the Matter of the Claim of MICHAEL LANIGAN, Respondent, *v.* THE TOWN OF SAUGERTIES et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Lanigan* v. *Town of Saugerties*, 180 App. Div. 227, affirmed. (Argued April 29, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 7, 1917, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant was employed by the town of Saugerties as a foreman of highways. He was injured on a Sunday evening by being thrown from an automobile in which he was riding with the town superintendent of highways. He testified that at the time of the accident they were on their way to hire men to work on the roads. Objection was interposed to the award that the claimant's injury was not sustained in an accident which arose out of or in the course of his employment.

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Merton E. Lewis,* Attorney-General (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ.; COLLIN and POUND, JJ., dissent on authority of *Matter of De Voe* v. *New York State Railways* (218 N. Y. 318).